UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KEANE,<br><br>        Plaintiff,<br><br>  -against-<br><br>PORT IMPERIAL FERRY CORP d/b/a NY WATERWAY,<br><br>        Defendant. | 22-CV-02484 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record during the November 2, 2022 Conference, IT IS HEREBY ORDERED that Defendant may file its summary judgment motion no later than **November 30, 2022**, Plaintiff may respond no later than **December 20, 2022**, and Defendant may reply no later than **January 11, 2022**.  IT IS FURTHER ORDERED if Defendant elects not to file a motion for summary judgment, it shall inform the Court on or before **November 30, 2022**; IT IS FURTHER ORDERED that the parties' December 5, 2022 deadline to complete all expert discovery and December 21, 2022 deadline to file a proposed joint pretrial order are adjourned without date.

Dated: November 2, 2022
    New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge