UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KEANE,<br><br>        Plaintiff,<br><br>    -against-<br><br>PORT IMPERIAL FERRY CORP. D/B/A NY WATERWAY,<br><br>        Defendant. | 22-cv-02484 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

By **June 29, 2023**, the parties shall submit supplemental briefing of no more than two pages per party addressing the following:

- Plaintiff shall respond to Defendant's argument that 46 CFR 42.03-5(b)(1)(v) does not apply to the vessel *M/V Patriot II* because the vessel operated exclusively on the Hudson River and not "coastwise." (*see* ECF No. 47 at 4-5 n.2);

- Defendant shall respond to Plaintiff's argument that the *M/V Patriot II* is not a "merchant" vessel pursuant to 46 CFR 42.03-5(b)(1)(i) (*see* ECF No. 51 at 16-18).

Dated: June 23, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge