UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KEANE,<br><br>        Plaintiff,<br><br>    -against-<br><br>PORT IMPERIAL FERRY CORP,<br><br>        Defendant. | 22-CV-02484 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The parties shall file the following materials:

- By **July 11, 2023**, Plaintiff shall report whether he still objects to the following exhibits: Samuel Rapoport, MD IME Report, Samuel Rapoport, MD CV, Craig Sherman, MD IME Report, and Craig Sherman, MD CV. If Plaintiff still objects, he shall briefly state the grounds for the objections.

- By **July 11, 2023**, the parties shall jointly report whether they still intend to use deposition transcripts at trial. If so, the parties shall submit transcripts of those depositions and deposition designations pursuant to the Court's rules.

- By **July 13, 2023**, the parties shall supply the Court with deposition counter-designations and objections pursuant to the Court's rules.

Dated: July 6, 2023
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge