UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KENNETH M. KEANE,                              Civil Action No: 22-cv-02484-JLR-SDA
                                   :
                  Plaintiff,
                                   :           **ORDER ALLOWING EVIDENCE TO**
        -against-                              **BE BROUGHT INTO COURTHOUSE**
                                   :
PORT IMPERIAL FERRY CORP.
d/b/a NY WATERWAY,                 :

                  Defendant.       :
-------------------------------------------------------x

**IT IS HEREBY ORDERED** that defendant Port Imperial Ferry Corp. d/b/a NY Waterway, by its designated representative(s), shall, and hereby is, permitted to bring into the Southern District Courthouse at 500 Pearl Street, and deliver to Courtroom 20B (Hon. Jennifer L. Rochon) by Friday, July 21, 2023, a set of portable steps to be used during trial of this matter, as depicted in the following photograph.



Dated: July 19, 2023
       New York, New York

                                                SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge

2